BOUTIN JONES INC.
BRUCE M. TIMM (#199679)
KIMBERLY A. LUCIA (#266503)
555 Capitol Mall, Suite 1500
Sacramento, CA 95814-4603
Telephone: (916) 321-4444
Facsimile: (916) 441-7597
Email: btimm@boutinjones.com
       klucia@boutinjones.com

Attorneys for Defendants Axium Plastics, LLC and Kulwinder Singh

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SALONY SINGH, an individual<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AXIUM PLASTICS, LLC; a Delaware Limited Liability Company, KULWINDER SINGH, an individual, and DOES 1 through 100, inclusive<br><br>　　　　　Defendants. | Case No. 5:16-cv-00488 TJH (KKx)<br><br>**ORDER ON JOINT STIPULATION TO REMAND REMOVED ACTION**<br><br>**[JS-6]**<br><br><br>Action Filed: February 5, 2016<br>Trial Date:　None Set |

Having reviewed the parties' Stipulation to Remand Removed Action, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. This action is remanded to the Superior Court of California, County of San Bernardino;

2. Each party shall bear his, hers or its own attorneys' fees and costs with respect to the removal and remand of this action; and

3. All pending deadlines and hearings set before this Court are hereby vacated and taken off the Court's calendar.

IT IS SO ORDERED.

Dated: APRIL 8, 2016

_____
The Honorable Terry J. Hatter, Jr.
United States District Judge